UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:                                                    *   Bankr. Case No. 18 - 40580
                                                              Chapter 7
H & I GRAIN OF HETLAND, INC.,         *
EIN/ITIN: 911766841,
                                                          *   **STATEMENT OF**
                                                              **CORPORATE OWNERSHIP**
        Debtor.                                    *

                                                          *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the undersigned company certifies that:

> There are no corporations, other than governmental units, that directly or indirectly own 10% of more of any class of its equity interest.

The undersigned company further certifies that it shall file a supplemental statement promptly upon any change in circumstances that renders this Statement of Corporate Ownership inaccurate.

Dated this 17th day of December, 2018.

H & I GRAIN OF HETLAND, INC.:

BY: _JoAnn Steffensen_
JoAnn Steffensen, Owner/Managing Member
212 Main Avenue
Hetland, SD 57212